**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**GREENVILLE DIVISION**

IN RE:
    SCOTT A. O'NEIL                                                   CASE NO. 20-03240-5-JNC
    CYNTHIA C. O'NEIL
        DEBTORS                                           CHAPTER 11

**ATTORNEY'S REPORT AND APPLICATION FOR APPROVAL OF**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES PURSUANT TO**
**11 USC § 503(b) OF THE BANKRUPTCY CODE**

    Pursuant to the provisions of the Bankruptcy Code, the undersigned as Attorney for the Debtors, Jonathan E. Friesen of Gillespie & Murphy, P.A., hereby makes this report and application to the Court for approval of attorney's fees and reimbursement of expenses pursuant to 11 USC § 503(b) of the Bankruptcy Code, in connection with the services rendered by counsel to date in the course of this Chapter 11 proceeding; and, in support of this application, shows the Court as follows:

    1.    Jonathan E. Friesen of Gillespie & Murphy, P.A., filed a voluntary Chapter 11 Petition on behalf of the Debtors, Scott A. O'Neil and Cynthia C. O'Neil, on September 25, 2020.

    2.    The Application to Employ Attorney, Jonathan E. Friesen of Gillespie & Murphy, P.A., was filed on October 22, 2020. The Order Authorizing Employment of Attorney for the Debtors was entered November 9, 2020.

    3.    Since filing the Petition, the undersigned and members of his firm have expended numerous hours assisting the Debtors with negotiating with their creditors, preparing the Debtors' remaining Schedules and Statements, assisting with compliance of their 4002 reporting, reviewing and assisting with monthly reports, and formulating their Plan of Reorganization.

    4.    A confirmation hearing regarding the Debtors Plan is pending. The Debtors are amending three monthly reports and must file a tax return prior to the hearing on the Debtors' Plan.

    5.    Pursuant to Court Order, Jonathan E. Friesen of Gillespie & Murphy, P.A., has served as attorney for the Debtors in the course of this Chapter 11 proceeding in advising the Debtors, preparing necessary documentation and by performing all other functions required of counsel.

    6.    Counsel for the Debtors, as referenced herein, have expended numerous hours advising the Debtors and rendering such legal services as were necessary and proper, which services are more specifically itemized on the Exhibit "A" attached hereto.

    7.    Due to the nature, issues, and complexity of this case and considering the amount of time and effort in negotiating with the creditors, it was sometimes necessary for an attorney and a paralegal to

attend hearings, attend conferences, participate in telephonic conferences and conduct inter-office conferences to discuss the case and the status of pending issues to keep all staff advised of the immediate issues of the case.  Occasions requiring the use of more than one timekeeper generally fall into one of the following categories:

>(a) Jonathan E. Friesen or the billing attorney is giving information to another lawyer or staff member regarding factual or legal issues that must be addressed in the case, and it is more efficient to meet in groups than to tell each timekeeper separately.  If interaction is not required, email is used.

>(b) Information about cases, either from the client or another lawyer, witness, the Court, or the Bankruptcy Administrator, is frequently received about a case in which more than one lawyer or staff member is working.  It is more efficient for the staff to receive the information as a group instead of having to repeat the information to each timekeeper separately.

>(c) In court appearances, one lawyer may have researched and prepared for an argument on one issue and another lawyer may have prepared for a separate matter. Alternatively, one lawyer may do the research and brief and another lawyer may be assigned to argue the case or examine the witnesses.

8. In the preparation, qualification and execution of their employment as attorneys for the Debtors, counsel have complied with the provisions of Sections 327, 329 and 1107(a) of the Bankruptcy Code.

9. Counsel applies for the allowance of attorney's fees pursuant to applicable provisions of statutory and case law, and asks the Court to consider the following factors in the allowance of the same:

> (a)  Time and labor expended.
> (b)  Novelty and difficulty of the questions raised.
> (c)  Skill required to properly perform the legal services rendered.
> (d)  Customary fees for like work.
> (e)  Time limitations imposed by the client or circumstances.
> (f)  Experience, reputation and ability of the attorney.
> (g)  Nature and length of the professional relationship between attorney and client.
> (h)  Attorney's fees awards in similar cases.

10. The dates, numbers and information necessary for the Court's evaluation of the factors set forth in paragraph 9 above are set forth in this Report and Application.

11. All the services for which compensation is requested were performed by or on behalf of the Debtors and not on behalf of any committee, creditors or other persons.

12. The services performed by counsel were services for which the attorney for Debtors held the sole responsibility and were not services for which any other party, attorney or any person had responsibility to the exclusion of the Debtors or the Debtors' attorney.

13. No commission, fee, allowance or any other payment to the undersigned has been computed on any funds paid back to the Debtors, any exemption to which the Debtors would be entitled or any comparable payment representing a refund or reimbursement to the Debtors.

14. This Report and Application for Approval of Compensation and Reimbursement of Expenses Pursuant to Section 503(b) is in compliance with the standards set forth in the Bankruptcy Code, the applicable case law and other non-bankruptcy statutes and case law.

15. Gillespie & Murphy, P.A. received $5,717.00 from the Debtors on September 23, 2020. These funds were deposited into the firm's trust account to secure future fees and expenses incurred by Gillespie & Murphy, P.A. on behalf of the Debtors. From these trust funds, $1,122.00 was paid to Gillespie & Murphy, P.A. for fees and expenses, incurred pre-Petition for the period of September 15, 2020 to September 25, 2020. In addition, the filing fee of $1,717.00 was paid from the trust funds, leaving a balance of $2,878.00 in the trust account. The Debtors paid an additional deposit of $10,000.00 on December 29, 2020. The balance of the funds deposited in the trust account is $12,804.00, which are for anticipated fees expected to arise during the course of the Chapter 11 bankruptcy. A total of $12,804.00 remains in the firm's trust account and is available for payment of legal fees and out of pocket costs pursuant to Section 503(b) incurred by Gillespie & Murphy, P.A., pursuant to orders of this court.

16. Gillespie & Murphy, P.A., has incurred fees in the amount of $7,045.50 and out of pocket expenses and advances in the amount of $0.00 and these items are detailed on the attached Exhibit "A".

**WHEREFORE**, your undersigned prays that Gillespie & Murphy, P.A., be allowed compensation in the amount of $7,045.50 and $0.00 for reimbursement of expenses pursuant to 11 USC §503(b) for a total of $7,045.50 for the period beginning September 26, 2020 to March 11, 2021.

DATED: March 11, 2021

s/Jonathan E. Friesen
Jonathan E. Friesen
N.C. State Bar No.31535
Gillespie & Murphy, P.A.
PO Drawer 888
New Bern, NC  28563
Telephone:  (252) 636-2225
Facsimile:  (252) 636-0625
Email:  jef@gillespieandmurphy.com

## BIOGRAPHICAL INFORMATION

### JONATHAN E. FRIESEN (JEF)

Jonathan E. Friesen is a Attorney with Gillespie & Murphy, P.A., and was admitted to the North Carolina Bar in 2003 and the Nebraska Bar in 2005.  He graduated from the University of Nebraska with a Bachelor of Arts in History in 1993 and managed agri-businesses with Murphy Family Farms based in Rose Hill, North Carolina prior to attending law school.  He obtained his J.D. from the University of Nebraska in 2003.  During law school, he served as a judicial clerk for the Nebraska District Court in Lancaster County, and was awarded outstanding civil clinic student for his work with clients of the University of Nebraska College of Law civil clinic program.  He practiced with the Friesen Law Firm, PLLC, Stubbs & Perdue, P.A., and Oliver Friesen Cheek, PLLC, focusing on Real Estate, Estate Planning and Bankruptcy.  Mr. Friesen is a member of the North Carolina Bar Association and the Nebraska Bar Association.

### JAELAH HICKS (JDH)

Jaelah Hicks is a bankruptcy paralegal and has been employed as a paralegal for approximately eight years, including six years as a bankruptcy paralegal with the firm of Gillespie & Murphy, P.A.

### GIDGET WHITAKER (GEF)

Gidget Whitaker is a bankruptcy paralegal and has been employed as a bankruptcy paralegal for approximately twelve years with the firm of Gillespie & Murphy, P.A.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
GREENVILLE DIVISION

IN RE:
    SCOTT A. O'NEIL                      CASE NO. 20-03240-5-JNC
    CYNTHIA C. O'NEIL
        DEBTORS                         CHAPTER 11

| | |
|---|---|
| Name of Applicant: | Jonathan Eric Friesen |
| Authorized to Provide Professional Services as: | Attorney |
| Name of person responsible For monthly review of Applicant's billing records: | Jonathan Eric Friesen |
| Date of Application: | October 22, 2020 |
| Date of Order Approving Appointment: | November 9, 2020 |
| Period for which Fees and Reimbursement are sought: | September 26, 2020 to March 11, 2021 |
| Amount of Fees sought as Actual, Reasonable, and Necessary: | $7,045.50 |
| Amount of Expense Reimbursement sought as Actual, Reasonable, and Necessary: | $0.00 |

This is the initial application. If this is not the first application filed, please state the following for each previous application:

| Date Filed | Period Covered | Requested Fees/Expenses | Approved Fees/ Expenses & Date |
|---|---|---|---|
| Initial application | n/a | n/a | n/a |

GILLESPIE & MURPHY, P.A.
Attorneys At Law
P.O. Drawer 888
New Bern, NC  28563-0888
(252) 636-2225

EXHIBIT A

|  |  |  | Page: 1 |
|---|---|---|---|
| SCOTT & CYNTHIA O'NEIL |  |  | March 11, 2021 |
| 6074 MARTIN'S POINT ROAD |  | Client No. | 20200255-00B |
| KITTY HAWK  NC  27949 |  | Statement No: | 77556 |

BANKRUPTCY-CHAPTER 11
Date Filed: 9/25/20
Case #:  20-03240-5-JNC
Trustee: John Rhyne

| Date | Init | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 09/24/2020 | JEF | Attorney fees billed prior and up to date of filing. | 275.00 |  | 1,122.00 |
| 09/25/2020 | JEF | Telephone conference with K. Marshall Re: First Bank accounts of Scott and Cynthia O'Neil; Preparation of email Re: Funds | 275.00 | 0.30 | 82.50 |
| 10/05/2020 | JEF | Review of and preparation of email to B.A. Re:  4002 documents | 275.00 | 0.80 | 220.00 |
|  | BKY | (JDH) Review of and calendar deadlines | 110.00 | 0.60 | 66.00 |
|  | JEF | Preparation of Application to Employ attorney for estate | 275.00 | 0.80 | 220.00 |
| 10/07/2020 | JEF | Review and reply to emails from J. Rhyne Re:  Sheriff's Department and checks | 275.00 | 0.10 | 27.50 |
|  | JEF | Preparation of Motion for Turnover | 275.00 | 0.80 | 220.00 |
|  | BKY | (GEF) Preparation of Motion for Shortened Time and filing of same | 110.00 | 0.80 | 88.00 |
|  | BKY | (JDH) Preparation of Motion to Extend Time to file schedules | 110.00 | 0.20 | 22.00 |
|  | JEF | Preparation of email to S. and T. O'Neil Re:  Motion for Turnover; Review and reply to emails from T. O'Neil Re: Bills | 275.00 | 0.10 | 27.50 |
| 10/09/2020 | JEF | Review and reply to email from T. O'Neil Re: Taxes and DIP Accounts | 275.00 | 0.10 | 27.50 |
|  | JEF | Review and reply to email from L. Tingen Re: Intake hearing |  | 0.10 | n/c |
| 10/15/2020 | JEF | Preparation of email to S. and T. O'Neil Re: Intake Hearing |  | 0.10 | n/c |
|  | JEF | Preparation of email to J. Rhyne and K. Gardner Re: Motion for Turnover Order; Review of same | 275.00 | 0.30 | 82.50 |
| 10/19/2020 | JEF | Preparation of Attorney application and email to S. and T. O'Neil Re: Same | 275.00 | 0.20 | 55.00 |
| 10/21/2020 | JEF | Preparation of emails to K. Marshall with First Bank and N. Ladd with First National Bank Re: Requirement to close pre-petition account | 275.00 | 0.20 | 55.00 |
| 10/22/2020 | JEF | Review and reply to emails from T. O'Neil Re: DIP Accounts and schedules |  | 0.40 | n/c |
| 10/23/2020 | JEF | Preparation and filing of Chapter 11(V) status report; Phone conference with T. O'Neil Re: Same | 275.00 | 1.40 | 385.00 |
|  | JEF | Preparation of email to L. Tingen Re: Draft schedules |  | 0.10 | n/c |
| 10/26/2020 | BKY | (JDH) Preparation of Schedules | 110.00 | 2.20 | 242.00 |

Page: 2
March 11, 2021
SCOTT & CYNTHIA O'NEIL
Client No.    20200255-00B
Statement No:    77556

BANKRUPTCY-CHAPTER 11
Date Filed: 9/25/20
Case #:  20-03240-5-JNC
Trustee: John Rhyne

|            |     |                                                                                                                                                                   | Rate    | Hours |        |
|------------|-----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------|---------|-------|--------|
|            | JEF | Appearance at telephonic intake hearing                                                                                                                           | 275.00  | 1.10  | 302.50 |
|            | JEF | Preparation of email to T. O'Neil Re: Monthly Reports                                                                                                             |         | 0.10  | n/c    |
| 10/28/2020 | BKY | (JDH) Further preparation of schedules                                                                                                                            | 110.00  | 1.00  | 110.00 |
| 10/29/2020 | JEF | Review of Schedules with S. and C. O'Neil; Review and reply to emails from T. O'Neil Re: Schedules                                                                | 275.00  | 0.50  | 137.50 |
|            | BKY | (JDH) Review and revisions to schedules and filing of same                                                                                                        | 110.00  | 1.20  | 132.00 |
| 11/09/2020 | JEF | Preparation for and attendance at Chapter 11 341 Meeting by phone                                                                                                 | 275.00  | 0.50  | 137.50 |
| 11/30/2020 | BKY | (JDH) Preparation of Motion for additional time to filing monthly reports                                                                                         | 110.00  | 0.50  | 55.00  |
|            | JEF | Review of October Monthly Report and revisions to same; Phone conference with T. O'Neil Re: Same; Filing of October Monthly Report                                | 275.00  | 1.50  | 412.50 |
| 12/02/2020 | JEF | Preparation of email to H. Parlette Re: Tax Returns; Review and reply to emails from T. O'Neil Re: Same                                                           |         | 0.40  | n/c    |
| 12/03/2020 | JEF | Preparation of email to K. Gardner Re: 2019 Tax Return; Review of same                                                                                            | 275.00  | 0.20  | 55.00  |
| 12/08/2020 | JEF | Review and reply to emails from T. O'Neil Re:  Monthly reports and taxes                                                                                          |         | 0.50  | n/c    |
| 12/12/2020 | JEF | Legal research Re: Title to real property; Review of filed claims; Preparation of draft plan of reorganization                                                    | 275.00  | 1.80  | 495.00 |
| 12/13/2020 | JEF | Further preparation of draft plan of reorganization                                                                                                               | 275.00  | 2.20  | 605.00 |
|            | JEF | Preparation of email to S. and T. O'Neil Re: Draft Plan                                                                                                           |         | 0.10  | n/c    |
| 12/23/2020 | JEF | Further review and revisions to draft Chapter 11 Plan of Reorganization and phone conference with S. and T. O'Neil Re: Same; Filing of Chapter 11 Plan            | 275.00  | 1.50  | 412.50 |
| 12/30/2020 | JEF | Preparation of email to T. O'Neil Re: Monthly Report                                                                                                              |         | 0.10  | n/c    |
| 12/31/2020 | BKY | (JDH) Preparation of motion to extend time to file monthly reports and filing of same                                                                             | 110.00  | 0.30  | 33.00  |
|            | JEF | Review of and filing of November Monthly Report; Phone conference with T. O'Neil Re: Same                                                                         | 275.00  | 1.30  | 357.50 |
| 01/05/2021 | JEF | Preparation of email to T. O'Neil Re: Mr. Cooper letter                                                                                                           |         | 0.10  | n/c    |
| 01/12/2021 | JEF | Preparation of email to L. Tingen Re: Bank statements                                                                                                             |         | 0.30  | n/c    |
| 01/25/2021 | JEF | Review and reply to email from T. O'Neil Re: Status                                                                                                               |         | 0.20  | n/c    |
| 01/28/2021 | JEF | Left voice mail for D. Baum; Phone conference with D. Baum Re: Taxes                                                                                              |         | 0.30  | n/c    |
| 02/01/2021 | JEF | Review of tax returns; Review of monthly report; Preparation of email to T. O'Neil Re: Same                                                                       | 275.00  | 0.40  | 110.00 |
| 02/02/2021 | JEF | Preparation and filing of Motion to Continue Confirmation Hearing; Preparation of emails to K. Gardner and J. Rhyne Re: Same                                      | 275.00  | 0.50  | 137.50 |

SCOTT & CYNTHIA O'NEIL

Client No. 20200255-00B
Statement No. 77556

BANKRUPTCY-CHAPTER 11
Date Filed: 9/25/20
Case #: 20-03240-5-JNC
Trustee: John Rhyne

| Date | Staff | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 02/03/2021 | JEF | Review of December Monthly Report; Review of bank statements; Review of claims and projections; Phone conference with S. and C. O'Neil Re: Status; Phone conference with J. Rhyne Re: Same | 275.00 | 1.40 | 385.00 |
| 02/10/2021 | JEF | Further review of December monthly report and bank statements; Filing of same | 275.00 | 0.70 | 192.50 |
| 02/25/2021 | JEF | Telephone conference with K. Gardner Re: O'Neil status | 275.00 | 0.10 | 27.50 |
| | JEF | Telephone conference with S. O'Neil Re: Tax returns and status | | 0.40 | n/c |
| 03/01/2021 | BKY | (JDH) Preparation of Motion for additional time to file monthly reports; Preparation of Motion to Continue Plan Confirmation Hearing; Preparation of Fee Application | 275.00 | 0.90 | 247.50 |
| 03/02/2021 | JEF | Preparation of fee application | | 1.50 | n/c |
| | JEF | Preparation of email to Laura Golden Re: IRS returns for Scott and Cynthia O'Neil; Review of tax returns and claims | 275.00 | 0.90 | 247.50 |
| 03/09/2021 | JEF | Preparation for and appearance at telephone hearing Re: Motion to continue confirmation hearing; Phone conference with S. and C. O'Neil Re: Same; Phone conference with Amanda Re: Monthly Reports | 275.00 | 0.80 | 220.00 |
| 03/11/2021 | JEF | Review of January Monthly report; Preparation of email to Amanda Nichols Re: Same; Preparation of email to T. O'Neil Re: Same; Preparation of email to K. Gardner and L. Tingen Re: Reports | 275.00 | 1.50 | 412.50 |
| | | For Current Services Rendered | | 29.70 | 8,167.50 |

### Advances

| | | | |
|---|---|---|---|
| 09/24/2020 | Credit Report Fee | | 74.00 |
| | Credit Report Fee | | 74.00 |
| 09/25/2020 | Filing Fee O'Neil 20200255 | | 1,717.00 |
| | Filing Fee | | 1,717.00 |
| | Total Expenses | | 1,791.00 |
| | Total Current Work | | 9,958.50 |

### Payments

| | | |
|---|---|---|
| 09/25/2020 | Payment from trust | -1,122.00 |
| 09/25/2020 | Costs Advanced Payment | -1,791.00 |
| | Total Payments | -2,913.00 |
| | Balance Due | $7,045.50 |

```
                                                                                    Page: 4
SCOTT & CYNTHIA ZANELL                                                         March 11, 2021
                                                                     Client No.    20200255-00B
                                                                     Statement No.       77556
BANKRUPTCY-CHAPTER 11
Date Filed: 9/25/20
Case #:  20-03240-5-JNC
Trustee: John Rhyne
```

Your trust account #1 balance is

|            |                                          |           |
|------------|------------------------------------------|-----------|
|            | Opening Balance                          | $0.00     |
| 09/25/2020 | Lawpay (debit card payment 9/23/20)      | 5,717.00  |
| 09/25/2020 | Fees/Costs                               |           |
|            | PAYEE: Gillespie & Murphy, P.A.          | -2,913.00 |
| 12/29/2020 | Official check 101001003 from clients    | 10,000.00 |
|            | Closing Balance                          | $12,804.00|

PAST DUE BALANCES ARE SUBJECT TO FINANCE CHARGES AT THE RATE
OF 18% PER YEAR.  YOUR PROMPT PAYMENT WILL BE APPRECIATED!

| | |
|---|---:|
| Statements Printed: | 1 |
| Hours: | 29.70 |
| Fees: | 8,167.50 |
| Advances: | 1,791.00 |

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# GREENVILLE DIVISION

IN RE:
    SCOTT A. O'NEIL                                                               CASE NO. 20-03240-5-JNC
    CYNTHIA C. O'NEIL
        DEBTORS                                                           CHAPTER 11

## NOTICE OF ATTORNEY'S REPORT AND APPLICATION FOR APPROVAL
## OF COMPENSATION AND REIMBURSEMENT OF EXPENSES PURSUANT
## TO 11 USC §503(b) OF THE BANKRUPTCY CODE

NOTICE IS HEREBY GIVEN that Jonathan E. Friesen of Gillespie & Murphy, P.A., Attorney for the above captioned Debtor, have filed an Attorney's Report and Application for Approval of Compensation and Allocation of Costs Pursuant to 11 USC §503(b) of the Bankruptcy Code ("Report and Application"); and,

FURTHER NOTICE IS HEREBY GIVEN that the Attorney for the Debtor has applied for compensation in the amount of $7,045.50 and $0.00 for reimbursement of expenses pursuant to 11 USC §503(b) for a total of $7,045.50 for the period beginning September 26, 2020 to March 11, 2021; and,

FURTHER NOTICE IS HEREBY GIVEN that Gillespie & Murphy, P.A. has $12,804.00 held on behalf of the Debtor in the firm's Trust Account, available for payment of legal fees and out of pocket costs pursuant to 11 USC §503(b); and,

FURTHER NOTICE IS HEREBY GIVEN that the Report and Application filed by Jonathan E. Friesen of Gillespie & Murphy, P.A., and members of the firm may be allowed provided no responses and request for a hearing is made by a party in interest in writing to the Clerk of this Court by April 5, 2021; and,

FURTHER NOTICE IS HEREBY GIVEN, that if a response and a request for a hearing is filed by a party in interest in writing within the time indicated, a hearing will be conducted on this Report and Application and Response thereto at a date, time and place to be later set by the Court and all interested parties will be notified accordingly. If no request for a hearing is timely filed, the Court may rule on the Report and Application and Response thereto ex parte without further notice.

DATED: 3/11/2021                                                         s/Jonathan E. Friesen
                                                                                                 Jonathan E. Friesen
                                                                                                 N.C. State Bar No.31535
                                                                                                 Gillespie & Murphy, P.A.
                                                                                                 PO Drawer 888
                                                                                                 New Bern, NC  28563
                                                                                                 Telephone:  (252) 636-2225
                                                                                                 Facsimile:  (252) 636-0625
                                                                                                 Email:  jef@gillespieandmurphy.com

CERTIFICATE OF SERVICE

I, Jonathan E. Friesen, Post Office Drawer 888, New Bern, North Carolina 28563, certify:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age; that on the 11th day of March, 2021, I served copies of the foregoing Motion and Notice of the Motion on the parties listed below as indicated.

I certify under penalty of perjury that the foregoing is true and correct.

DATED: March 11, 2021                    s/Jonathan E. Friesen
                                         JONATHAN E. FRIESEN
                                         N.C. State Bar #31535
                                         GILLESPIE & MURPHY, P.A.
                                         P.O. DRAWER 888
                                         New Bern, NC  28563
                                         (252) 636-2225
                                         (252) 636-0625 (fax)
                                         Email: jef@gillespieandmurphy.com

TO:
Bankruptcy Administrator                                 (via CM/ECF)

John G. Rhyne                                            (via CM/ECF)
Chapter 11 Trustee

Janet M. Spears                                          (via CM/ECF)
Attorney for Nationstar Mortgage d/b/a Mr. Cooper

Michael Jay Emrey
Attorney for Nationstar Mortgage d/b/a Mr. Cooper        (via CM/ECF)

Scott and Cynthia O'Neil                                 (via US Mail)
6074 Martin's Point Road
Kitty Hawk, NC  27949

See attached matrix                                      (via US Mail)

```
Label Matrix for local noticing          (p)BANKRUPTCY ADMINISTRATOR EDNC         Bankruptcy Administrator
0417-5                                   434 FAYETTEVILLE STREET                  Two Hannover Square, Ste. 640
Case 20-03240-5-JNC                      SUITE 640                                434 Fayetteville Street
Eastern District of North Carolina       RALEIGH NC 27601-1888                    Raleigh, NC 27601-1701
Raleigh
Tue Feb  2 12:39:38 EST 2021

Employment Security Commission           Gillespie & Murphy, PA                   (p)INTERNAL REVENUE SERVICE
PO Box 26504                             PO Drawer 888                            CENTRALIZED INSOLVENCY OPERATIONS
Raleigh, NC 27611-6504                   New Bern, NC 28563-0888                  PO BOX 7346
                                                                                  PHILADELPHIA PA 19101-7346


NC Department of Revenue                 Towd Point Master Funding Trust 2018-PM22 CO   US Attorney
Office Services Div., Bankruptcy Unit    .                                        310 New Bern Avenue, Suite 800
PO Box 1168                              6200 S. Quebec Street                    Federal Building
Raleigh, NC 27602-1168                   Greenwood Village, CO 80111-4720         Raleigh, NC 27601-1461


U. S. Bankruptcy Court                   Accident Fund                            Affirm, Inc.
300 Fayetteville Street, 4th Floor       Attn: Managing Agent                     Attn: Managing Agent
P.O. Box 791                             PO Box 77000, Dept 77125                 Po Box 720
Raleigh, NC 27602-0791                   Detroit, MI 48277-0125                   San Francisco, CA 94104-0720


American Profit Recovery                 (p)AMERICOLLECT INC                      Ashley Funding Services, LLC
Attn: Managing Agent                     PO BOX 2080                              Resurgent Capital Services
34505 W 12 Mile Road #333                MANITOWOC WI 54221-2080                  PO Box 10587
Farmington Hills, MI 48331-3288                                                   Greenville, SC 29603-0587


(p)BB AND T                              Bank of Hampton Roads                    Bull City Financial Solutions
PO BOX 1847                              Attn: Officer                            Attn: Managing Agent
WILSON NC 27894-1847                     301 Bendix Rd., Suite 500                2609 North Duke St, Ste 500
                                         Virginia Beach, VA 23452-1388            Durham, NC 27704-0015


CarMax Auto Finance                      Credit Collection Services               Dare County Sheriff's Office
Attn: Managing Agent                     Attn: Managing Agent                     Attn: Managing Agent
Po Box 440609                            Po Box 773                               PO Box 757
Kennesaw, GA 30160-9511                  Needham, MA 02494-0918                   Manteo, NC 27954-0757


David M. Norris, Sr.                     Financial Data Systems                   First Benefits Insurance Mutual, Inc.
Attn: Managing Agent                     Attn: Managing Agent                     c/o Stuart Law Firm, PLLC
PO Box 20248                             Po Box 688                               1033 Wade Avenue
Raleigh, NC 27619-0248                   Wrightsville Beach, NC 28480-0688        Suite 202
                                                                                  Raleigh, NC 27605-1155


First Progress                           Gateway Bank & Trust                     Internal Revenue Service
Attn: Managing Agent                     Attn: Officer                            Attn: Managing Agent
Po Box 9053                              5406 N Croatan Hwy                       PO Box 7346
Johnson City, TN 37615-9053              Kitty Hawk, NC 27949-3994                Philadelphia, PA 19101-7346


(p)MEADE & ASSOCIATES  INC               Mr. Cooper                               NC Department of Revenue
ATTN BANKRUPCTY DEPARTMENT               Attn: Managing Agent                     Attn: Managing Agent
737 ENTERPRISE DRIVE                     8950 Cypress Waters Blvd                 P O Box 1168
LEWIS CENTER OH 43035-9438               Coppell, TX 75019-4620                   Raleigh, NC 27602-1168
```

| | | |
|---|---|---|
| Nationstar Mortgage LLC d/b/a Mr. Cooper<br>Bankruptcy Dept.<br>PO Box 619096<br>Dallas TX 75261-9096 | North Carolina Department of Revenue<br>Bankruptcy Unit<br>P.O. Box 1168<br>Raleigh, NC 27602-1168 | Parks Zeigler PLLC<br>Attorney at Law<br>4768 Euclid Rd<br>Virginia Beach, VA 23462-3810 |
| Radius Global Solution<br>Attn: Managing Agent<br>9550 Regency Square Blvd<br>Jacksonville, FL 32225-8116 | Secretary of Treasury<br>Attn: Managing Agent<br>1500 Pennsylvania Ave NW<br>Washington, DC 20220-0001 | Sessoms & Rogers<br>Attorney At Law<br>P O Box 110564<br>Durham, NC 27709-5564 |
| Stuart Law Firm PLLC<br>Attorneys at Law<br>1033 Wade Ave., Ste 202<br>Raleigh, NC 27605-1155 | U.S. Bank National Association Trustee (See<br>c/o Specialized Loan Servicing LLC<br>8742 Lucent Blvd, Suite 300<br>Highlands Ranch, Colorado 80129-2386 | US Attorney<br>Attn: Managing Agent<br>150 Fayetteville Street, Suite 2100<br>Raleigh, NC 27601-2959 |
| US Department of Education<br>Attn: Managing Agent<br>PO Box 7860<br>Madison, WI 53707-7860 | Vasquez Law Firm, PLLC<br>Attorney at Law<br>4922 Windy Hill Dr., Suite B<br>Raleigh, NC 27609-5196 | Wells Fargo Bank N.A., d/b/a Wells Fargo Aut<br>PO Box 130000<br>Raleigh NC 27605-1000 |
| Wells Fargo Dealer Services<br>Attn: Managing Agent<br>1100 Corporate Center Drive<br>Raleigh, NC 27607-5066 | Whiteheart Law Firm, PLLC<br>Attorney at Law<br>661-D Friedberg Church Rd.<br>Burlington, NC 27217 | Cynthia C O'Neil<br>6074 Martins Point Rd.<br>Kitty Hawk, NC 27949-3821 |
| John G. Rhyne<br>PO Box 8327<br>Wilson, NC 27893-1327 | Jonathan E. Friesen<br>Gillespie & Murphy, PA<br>PO Drawer 888<br>New Bern, NC 28563-0888 | Scott A O'Neil<br>6074 Martins Point Rd.<br>Kitty Hawk, NC 27949-3821 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bankruptcy Administrator<br>434 Fayetteville Street, Ste. 640<br>Raleigh, NC 27601 | Internal Revenue Service<br>Insolvency Support Services<br>320 Federal Place, Room 335<br>Greensboro, NC 27401 | Americollect<br>Attn: Managing Agent<br>1851 S Alverno Road<br>Manitowoc, WI 54221 |
| BB&T<br>Attn: Chad Fluno<br>PO Box 1847<br>Wilson, NC 27894-1847 | Meade & Associates<br>Attn: Managing Agent<br>737 Enterprise Dr<br>Lewis Center, OH 43035 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Nationstar Mortgage LLC d/b/a Mr. Cooper

End of Label Matrix
Mailable recipients    47
Bypassed recipients     1
Total                  48